JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CSBN 234355)
Assistant United States Attorney

150 South Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-2695
Facsimile: (408) 535-5081
jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

NOV 19 2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN TEJADA-LOPEZ,<br><br>　　　　Defendant. | No. CR 09-00940-MAG<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice as to defendant Martin Tejada-Lopez.

DATED: November 19, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

　　/s/
_____
JEFFREY B. SCHENK
Assistant United States Attorney

NOTICE OF DISMISSAL - CR 09-00940-MAG

1  Leave of Court is granted to the government to dismiss that information without prejudice as to
2  defendant Martin Tejada-Lopez.

3
4  Date: 11/19/09
5  
PATRICIA V. TRUMBULL
United States Magistrate Judge

NOTICE OF DISMISSAL - CR 09-00940-MAG2